OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

UNITED STATES POSTAGE
PITNEY BOWES

02 1R
0006557458
MAILED FROM ZIP CODE 78701

$ 00.26⁵
MAR 13 2015

**3/6/2015**

**JANSKY, DONALD RAY    Tr. Ct. No. 2013CR7255-W1                    WR-82,977-01**

On this day, the application for 11.07 Writ of Habeas Corpus has been received and presented to the Court.

Abel Acosta, Clerk

RETURN TO SENDER
INCOMPLETE INFORMATION
NEED LOCATION NUMBER AND UNIT
TO IDENTIFY

RETURN TO SENDER
INCOMPLETE INFORMATION
NEED LOCATION NUMBER AND UNIT
LOCATION TO IDENTIFY

DONALD RAY JANSKY
GARZA EAST  TDC # 1889199

Bexar
Sheriff
200 N. Comal
San Antonio TX 78
3505

BW